UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDRIAN D. SHERMAN, | CASE NO. C20-0191JLR |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| STATE OF WASHINGTON, et al., | |
| Defendants. | |

On March 25, 2020, the court issued an order dismissing Plaintiff Andrian D. Sherman's complaint in part with prejudice and in part without prejudice and with leave to amend. (*See* Order (Dkt. # 7).) The court granted Mr. Sherman leave to file an amended complaint within 20 days of the date of its March 25, 2020, order. (*Id.* at 8.) The court warned Mr. Sherman that it he failed to timely file an amended complaint, the court would dismiss his complaint without further leave to amend. (*Id.* at 8-9.) More than 20 days has passed since the court's March 25, 2020, order, and Mr. Sherman has failed to file an amended complaint. (*See generally* Dkt.) Accordingly, the court

ORDER - 1

1  DISMISSES Mr. Sherman's complaint without further leave to amend and WITH
2  PREJUDICE.
3      Dated this 21st day of April, 2020.

      *[signature]*

      JAMES L. ROBART
      United States District Judge

ORDER - 2